**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>T & D SERVICES, INC., a Nevada corporation doing business in California as "T & D TRENCHLESS",<br><br>      Defendant. | CASE NO.:  5:15-CV-01121-JGB-KKx<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**JUDGMENT** |

This action having been commenced on June 9, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against defendant T & D Services, Inc., a Nevada corporation doing business in California as "T & D Trenchless", and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant T & D SERVICES, INC., a Nevada corporation doing business in California as "T & D Trenchless", the principal amount of $159,922.01, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from August 11, 2015, until the judgment is paid in full.

Dated: September 11, 2015

_____
UNITED STATES DISTRICT JUDGE